Habeas C

05-188E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 00500396 - MD  MP
           June 16, 2005

    Code    Case #    Qty    Amount

    HABEAS C 05-188E   1 @    5.00
                              5.00 MO


    TOTAL ->              5.00



    FROM: VANESSA EARTHMAN
          ON BEHALF OF ROBERT EARTHMAN
          2175 DANBY DR.
          COLUMBUS OH 43211
```