**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT EARTHMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Civ. Action No. 05-188 (Erie)** |
| | ) | |
| **v.** | ) | **Judge Sean J. McLaughlin** |
| | ) | **Magistrate Judge Susan Paradise Baxter** |
| **WARDEN JAMES F. SHERMAN,** | ) | |
| | ) | **filed electronically** |
| **Respondent.** | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, the Respondent having filed a

Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the Petition in this case is hereby enlarged

for a period of thirty (30) days, or until September 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Robert Earthman, *pro se*
    Christy Wiegand, Asst. U.S. Attorney